UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AYAN JAMA, et al, )<br>)<br>Defendant. )<br>) | Criminal Action No. 0864 0:22CR00225-002<br>NEB / TNL<br><br>**SUBSTITUTION OF COUNSEL &<br>NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and Counsel that Robert H. Ambrose shall substitute as counsel for Steven J. Wright and appear as counsel of record for Defendant Ayan Jama in this matter.

                                                Respectfully submitted,

                                                **AMBROSE LAW FIRM, PLLC**

Dated:   9/30/2022                       /s/ Robert H. Ambrose
                                                Robert H. Ambrose
                                                MN Attorney No. 0389899
                                                Attorneys for Defendant
                                                120 South Sixth St. #2480
                                                Minneapolis, MN 55402
                                                Phone: (612) 547-3199
                                                Fax: (612) 392-9696
                                                Email: ambroselegal@icloud.com