UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

v.

 Ayan Jama (2),

                Defendant.

Criminal No. 22-225 (2) (NEB/TNL)

**ORDER**

      Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 64).  The Government and Pretrial Services do not object to the motion.

      Based upon the all the files, records and proceedings herein,

      **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release (ECF No. 64) is **GRANTED.** Defendant's conditions of release are modified as follows:

1. The defendant is allowed contact, directly or indirectly, with the co-defendants in this case with the restriction that she may not discuss this case with them.

2. All previously ordered conditions shall remain in effect.

Dated:  October 31, 2022

*s/Tony N. Leung*
TONY N. LEUNG
United States Magistrate Judge