# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  22-85 (NEB/TNL) |
| MOHAMED JAMA ISMAIL | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  22-124 (NEB/TNL) |
| ABDIAZIZ SHAFI FARAH, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  22-222 (NEB/TNL) |
| LIBAN YASIN ALISHIRE, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  22-223 (NEB/TNL) |
| AIMEE MARIE BOCK, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  22-224 (NEB/TNL) |
| QAMAR AHMED HASSAN, ET AL. | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  22-225 (NEB/TNL) |
| SHARMAKE JAMA, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  22-226 (NEB/TNL) |
| HAJI OSMAN SALAD, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  22-236 (NEB) |
| HANNA MARAKEGN | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-237 (NEB) |
| BEKAM ADDISSU MERDASSA | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  22-238 (NEB) |
| HADITH YUSUF AHMED | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  22-277 (NEB/TNL) |
| MEKFIRA HUSSEIN | |

3

UNITED STATES OF AMERICA

    v.                                                                 Criminal No.  22-293 (JNE/DTS)

MOHAMED MUSE NOOR

UNITED STATES OF AMERICA

    v.                                                                   Criminal No.  23-80 (JWB/DJF)

AYAN FARAH ABUKAR

UNITED STATES OF AMERICA

    v.                                                                   Criminal No.  23-81 (PJS/TNL)

SADE OSMAN HASHI

UNITED STATES OF AMERICA

    v.                                                                   Criminal No.  23-82 (DSD/DTS)

SHARON ROSS

UNITED STATES OF AMERICA

    v.                                                                   Criminal No.  23-91 (SRN)

MUHAMED HUSSEIN, ET AL.

UNITED STATES OF AMERICA

    v.                                                                   Criminal No.  23-92 (MJD)

MULATA ALI

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan;
- The cases arise out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed;
- The cases arise out of the same investigation and have temporal proximity;
- A subsequent case results from cooperation rendered by a defendant or defendants in a previous case, whether open or closed; and
- The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: March 14, 2023

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

BY:  /s/ *Harry M. Jacobs*
JOSEPH H. THOMPSON
HARRY M. JACOBS
CHELSEA A. WALCKER
MATTHEW S. EBERT
Assistant United States Attorneys
United States Attorney's Office
300 South Fourth Street, Suite 600
Minneapolis, MN  55415

4